IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| K. SCOTT STOKES,<br><br>    Plaintiff,<br><br>v.<br><br>FRD MANSELL SQUARE, LLC,<br><br>    Defendant. | CIVIL ACTION<br><br>FILE No. 1:21-cv-04506-SCJ |

## ORDER

The Court, having read and reviewed the parties' Joint Stipulation and the Consent Decree attached to the Joint Stipulation as Exhibit A, and for good cause shown, the relief requested in the Stipulation is **GRANTED**. The Court shall retain jurisdiction to enforce the Consent Decree. Each party shall bear their own attorney's fees and costs except as detailed in the parties' Consent Decree. This matter is hereby **DISMISSED** with **PREJUDICE**.

**SO ORDERED**, this 11th day of March, 2022.

_____
Hon. Steve C. Jones
United States District Judge